**Order entered June 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00884-CR

**PARIS DEFRANCE MICHAEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1470663-R**

## ORDER

The State's May 27, 2016 second motion for extension of time to file a brief is

**GRANTED**, and the brief received on May 27, 2016 is **ORDERED** filed as of that date.

/s/    MOLLY FRANCIS
       PRESIDING JUSTICE